NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINWOOD TRADING LTD. | Civil Action No.: 14-5782-CCC-JBC |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN METAL RECYCLING SERVICES, *et al.*, | |
| Defendants. | |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge James B. Clark to *sua sponte* strike the Answer and enter default against Defendants American Metal Recycling Services, Howard Misle, and Tamara Misle (collectively "Defendants"). ECF No. 49. No objections have been filed thereto. The Court has considered the history of this case and Judge Clark's R&R, and for substantially the same reasons stated therein;

IT IS on this 27 day of June, 2017,

**ORDERED** that this Court adopts Judge Clark's June 1, 2017 R&R that Defendants' Answer be stricken pursuant to Federal Rule of Civil Proceure 37(b)(2) in light of the factors enumerated in *Poulis v. State Farm Casualty Co.*, 747 F.2d 863 (3d Cir. 1984) as a sanction for failure to respond to the Court's Orders and for failure to prosecute or defend a case, and that default be entered against Defendants; and it is further

**ORDERED** the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.